UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA SUAREZ, individually on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>RALPH, PACO & ROBERTO, and HONKY TOTS, INC. d/b/a CALIFORNIA BABY+ KIDS,<br><br>        Defendants. | Case No. 7:17-CV-09847-VB-PD |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Angela L. Diesch and accompanying exhibits, and all other papers and proceedings herein, Defendants California Natural Living, Inc. d/b/a California Baby® (formerly known as Honky Tots, Inc.) and Ralph, Paco, & Roberto, Inc. will move this Court, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order dismissing the Complaint with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The bases for the motion are set forth in the accompanying Memorandum of Law.

Dated: January 11, 2018                                    Respectfully submitted,

                                                    CHAFFETZ LINDSEY LLP

By: _____
     Joshua D. Anders
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
jd.anders@chaffetzlindsey.com


DIESCH FORREST, APC
Angela L. Diesch*
6542 Lonetree Boulevard
Rocklin, CA 95765
T: (916) 740-6470
F: (916) 740-6460
angela@dieschforrestlaw.com

*Attorneys for Defendants*
*California Natural Living, Inc. dba California Baby® (formerly known as Honky Tots, Inc.) and Ralph, Paco, & Roberto, Inc.*

*pro hac vice application to be submitted

2