# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA SUAREZ, individually on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>CALIFORNIA NATURAL LIVING, INC., d/b/a CALIFORNIA BABY+ KIDS,<br><br>        Defendant. | Case No. 7:17-CV-09847<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE COURT, ALL PARTIES HEREIN AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that DIESCH FORREST, APC, attorneys of record for Defendant California Natural Living, Inc. dba California Baby + Kids. has changed its name, effective April 2, 2019 to DIESCH LAW GROUP, APC. The new email addresses for counsel are angela@dieschlawgroup.com and stephen@dieschlawgroup.com. The mailing address, telephone and facsimile numbers remain the same.

DATED: April 8, 2019

                                                                                             */s/ Stephen E. Paffrath*
                                                                               Angela L. Diesch. Esq. (*Pro Hac Vice*)
                                                                               Stephen E. Paffrath, Esq. *(Pro Hac Vice)*
                                                                               DIESCH LAW GROUP, APC
                                                                               2207 Plaza Drive, Suite 300
                                                                               Rocklin, CA 95765
                                                                               T: (916) 740-6470
                                                                               F: (916) 740-6460
                                                                               angela@dieschlawgroup.com
                                                                               stephen@dieschlawgroup.com

CHAFFETZ LINDSEY, LLP
Joshua D. Anders, Esq.
1700 Broadway, 33rd Floor
New York, NY 10019
T: (212) 257-6960
F: (212) 257-6950
jd.anders@chaffeztlindsey.com

Attorneys for Defendant
*CALIFORNIA LIVING, INC. dba*
*CALIFORNIA BABY + KIDS*