UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA SUAREZ, et al.,

               Plaintiff,

      v.

CALIFORNIA NATURAL LIVING, INC.

               Defendant.

Case No: 7:17-cv-09847-VB-PD

### STIPULATION OF DISMISSAL [FRCP 41(A)]

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and pursuant to the Settlement Agreement entered into by the parties to this action. This dismissal is on an individual basis only as no class has been certified. Each party shall bear its own fees and costs.

DATED: October 17, 2019

DIESCH LAW GROUP, APC

_____
Angela L. Diesch
Attorneys for Defendant
*California Natural Living, Inc.*

DATED: October 18, 2019

THE SULTZER LAW GROUP

_____
Jason P. Sultzer
Attorneys for Plaintiff
*Pamela Suarez*

1